IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **DERRICK JACKSON,** | : |
| Petitioner, | : |
| v. | : CASE NO. 5:07-cv-117 (CAR) |
| **BUTCH REESE,** | : |
| Respondent. | : |

## J U D G M E N T

Pursuant to the Order of this Court dated and filed April 11, 2007, and for the reasons stated therein,

JUDGMENT is hereby entered dismissing petitioner's application for a writ of habeas corpus without prejudice.

This 11th day of April, 2007.

                                                 **GREGORY J. LEONARD, CLERK**

                                                 **s/ Denise Partee, Deputy Clerk**